IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUINNTINA L. FRANKLIN,

    Plaintiff,

vs.                               CASE NO. 4:09-CV-407-SPM/WCS

MARY MARSHALL, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 12). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff, who is pro se, filed an objection (doc. 13). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff has brought this action against various family members alleging that she was molested and raped as a child. While the allegations in the amended complaint (doc. 11) are, to say the least, troubling, because the Defendants were not state actors and were not acting under the color of law,

Plaintiff's civil rights action under 42 U.S.C. § 1983 must be dismissed.

Accordingly, it is hereby    ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 12) is *adopted* and incorporated by reference into this order.

2. This case is dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this <u>first</u> day of March, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge